# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **SC SJ HOLDINGS LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 2 – 3 1 7 5 1 4 1 | |
| **4. Debtor's address** | **Principal place of business** 170 Market Street — Number Street San Jose, CA 95113 — City State ZIP Code Santa Clara — County | **Mailing address, if different from principal place of business** 1600 Riviera Ave — Number Street Walnut Creek, CA 94596 — City State ZIP Code **Location of principal assets, if different from principal place of business** — Number Street — City State ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

Debtor **SC SJ HOLDINGS LLC** Case number *(if known)* _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**5 3 1 1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No
☑ Yes. District **District of Delaware** When **3/10/2021** Case number **21-10549**
MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes. Debtor **FMT SJ LLC** Relationship **Affiliate**
District **District of Delaware** When **3/5/2021**
MM / DD / YYYY

List all cases. If more than 1, attach a separate list.

Case number, if known **21-10521**

Debtor    **SC SJ HOLDINGS LLC**                                        Case number *(if known)*
         Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number    Street
                            _____
                            _____
                            City                              State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name    _____
         Phone           _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49        ☐ 50-99         ☐ 1,000-5,000    ☐ 5,001-10,000      ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199     ☐ 200-999       ☐ 10,001-25,000                      ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000                ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000          ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000         ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million       ☑ $100,000,001-$500 million    ☐ More than $50 billion

| Debtor | SC SJ HOLDINGS LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/05/2024**
MM/ DD/ YYYY

X _____  **Sam Hirbod**
Signature of authorized representative of debtor    Printed name

Title **Authorized Officer**

**18. Signature of attorney**

X **/s/ James E. Till**        Date **11/05/2024**
Signature of attorney for debtor        MM/ DD/ YYYY

**James E. Till**
Printed name

**Till Law Group**
Firm name

**120 Newport Center Dr**
Number      Street

**Newport Beach**        **CA**        **92660**
City        State        ZIP Code

**(949) 524-4999**        **james.till@till-lawgroup.com**
Contact phone        Email address

**200464**        **CA**
Bar number        State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Case: 24-51685    Doc# 1    Filed: 11/05/24    Entered: 11/05/24 16:14:14    Page 4 of 16

| Debtor | SC SJ HOLDINGS LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Additional Page

10. Continued

Debtor **NEX SJ LLC**  Relationship **Affiliate**

District **Northern District of California**  When **11/5/2024**
  MM / DD / YYYY

Case number, if known **24-51683**

# RESOLUTIONS OF SC SJ HOLDINGS LLC

RDNWD LLC, as sole member ("**Member**"), and C. Anthony Shippam and Candace R. Corra as independent managers ("**Managers**") of SC SJ Holdings LLC ("**Company**"), a Delaware limited liability company, adopt the following resolutions (the "**Resolutions**").

WHEREAS, the Member and Managers are familiar with the facts and information relating to, among other things: (i) the Company's hotel management agreement, assets, liabilities, and liquidity; (ii) the strategic alternatives available to the Company; and (iii) the potential impacts of the foregoing on the Company's businesses.

WHEREAS, the Member and Managers, in consultation with the Company's management and their professional advisors, have, among other things, evaluated the business alternatives available to the Company, including, but not limited to: (i) potential equity, debt financing, and sale; (ii) out-of-court and in-court options; and (iii) options available under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") (collectively, the "**Options**").

WHEREAS, the Member and Managers have the power and authority to approve any of the Options or any other strategic alternatives available to the Company.

WHEREAS, the Member and Managers have determined, in their judgment, that the Company's filing voluntary chapter 11 petitions in order to avail themselves of applicable law, including the bankruptcy laws, is in the best interests of the Company, their creditors, and other interested parties.

NOW, THEREFORE, BE IT:

RESOLVED, that the Company shall be and hereby are authorized to file or cause to be filed, for each Company, a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California (when filed, the "**Chapter 11 Case**"); and it is

FURTHER RESOLVED that any officer (or legally authorized individual duly acting on behalf) of the Company (each, an "**Authorized Officer**"), acting alone or with one or more other Authorized Officers (though in consultation with the Member), is hereby authorized, empowered and directed to execute and file on behalf of the Company all petitions, motions, pleadings, applications, exhibits, schedules, lists, and other papers, instruments, or documents, and take and perform any and all further actions and steps that they deem necessary, desirable, and proper to obtain such relief, including, without limitation, any action necessary, appropriate, or desirable to maintain or improve the operation of the Company's business, and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of California, at such time as the Authorized Officers shall determine; and it is

FURTHER RESOLVED that, in the interest of clarity, the Authorized Officers are authorized to terminate and reject any or all executory contracts with non-debtor parties to which the Company are or would allegedly be subject to; and it is

1

FURTHER RESOLVED, that the retention by the Company of the law firm of Till Law Group ("**Till Law**") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions necessary to advance the Company's rights in connection therewith, including filing any pleadings, is approved and ratified, and each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute and ratify appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain Till Law; and it is

FURTHER RESOLVED, that the hiring and engagement of 6S Advisors, LLC *dba* Solution Advisors LLC ("**Solution Advisors**") as financial advisor ("**FA**") to provide financial advisory, and related services to the Company is approved, and that the FA (in consultation with the Member) is authorized to retain additional personnel to assist the FA, in connection with the Chapter 11 Case; and it is

FURTHER RESOLVED, that in consultation with the Member, each of the Authorized Officers is authorized and empowered to employ on the Company's behalf other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers is, in consultation with the Member and with power of delegation, hereby authorized and directed to execute appropriate retention agreements and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable, and proper; and it is

FURTHER RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) hereby is authorized and empowered (in consultation with the Member), in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer or Authorized Officers' judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and it is

FURTHER RESOLVED, that any and all actions heretofore taken by any of the Authorized Officers or the Member and Managers in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing Resolutions are hereby ratified, confirmed, and approved in all respects.

[Intentionally Blank]

IN WITNESS WHEREOF, the undersigned, being all the Member and Managers of the Company, hereby execute these Resolutions.

MEMBER:

RDNWD LLC,
a Delaware limited liability company

By: FMT SJ HOLDINGS LLC,
a Delaware limited liability company,
its sole member

By: EAGLE CANYON CAPITAL LLC
a Delaware limited liability
company, its sole member

By: _____
Sam Hirbod
President

INDEPENDENT MANAGERS:

_____
C. Anthony Shippam

_____
Candace R. Corra

Fill in this information to identify the case:

Debtor name: **SC SJ HOLDINGS LLC**

United States Bankruptcy Court for the: **Northern District of California**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | JLL<br>David Calverley<br>401 E. Jackson Street 27th Floor<br>Tampa, FL 33602 | (813) 229-3991 | Real Estate Tax Appeal Consultant | | | | $165,000.00 |
| 2 | Extenet<br>Michelle Collina<br>4730 S. Fort Apache Rd<br>Las Vegas, NV 89147 | (312) 446-5731 | Cellular Antenna | | | | $145,000.00 |
| 3 | Eastridge Hospitality<br>Carrie Lassiter<br>6629 Linville Ridge Drive<br>Oak Ridge, NC 27310 | (571) 535-1514 | Asset Management Fees | | | | $130,000.00 |
| 4 | TCA Architects<br>1111 Broadway Ste 1320<br>Oakland, CA 94607 | (510) 717-8288 | Architectural Fees | | | | $130,000.00 |
| 5 | Bureau Veritas<br>Matthew Munter<br>P O Box 74007289<br>San Jose, CA 95113 | (240) 418-7443 | Project Management Fees | | | | $40,000.00 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

| Debtor | SC SJ HOLDINGS LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims         page 2

Debtor name _____ **SC SJ HOLDINGS LLC** _____

United States Bankruptcy Court for the:
_____ **Northern District of California** _____

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/05/2024**                    X _____[signature]_____
MM / DD / YYYY                                  Signature of individual signing on behalf of debtor

**Sam Hirbod**
Printed name

**Authorized Officer**
Position or relationship to debtor

IN RE: **SC SJ HOLDINGS LLC**     CASE NO

CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     **11/05/2024**     Signature _____

Sam Hirbod, Authorized Officer

Bijan Bakery
170 S. Market Street Ste 110
San Jose, CA 95113


Brightspire
Matthew Heslin
590 Madison Ave 33rd Floor
New York, NY 10002


Brightspire Credit 1, LLC
590 Madison Ave 33rd Floor
New York, NY 10022


Bureau Veritas
Matthew Munter
P O Box 74007289
San Jose, CA 95113


California Broad of Equalization
David Yeung, Property Tax Dept, MIC: 63
P O Box 942879
Sacramento, CA 94279-0063

California Dept of Tax and Fee Admin
Account Information Grp MIC 29
PO Box 942879
Sacramento, CA 94279-0029

California Office of Tourism
David Yeung
450 N Street
Sacramento, CA 94279


City of San Jose
Finance Dept
200 E Santa Clara Street 13 FL
San Jose, CA 95113

City of San Jose
Nora V. Frimann, Esq.
200 E Santa Clara Street
San Jose, CA 95113

City of San Jose
200 E Santa Clara St 13 FL
San Jose, CA 95113

Delaware Div of Revenue
Attn Bankruptcy Administrator
820 N French St 8th FL
Wilmington, DE 19801

Eagle Canyon Holdings LLC
1600 Riviera Ave Ste 220
Walnut Creek, CA 94596

Eastridge Capital LLC
6629 Linville Ridge Dr
Oak Ridge, NC 27310

Eastridge Hospitality
Carrie Lassiter
6629 Linville Ridge Drive
Oak Ridge, NC 27310

ESP/Environmentally Safe Products
Attn: Stephen A. Barber, Esq.
434 Roberson Ln
San Jose, CA 95112

Extenet
Michelle Collina
4730 S. Fort Apache Rd
Las Vegas, NV 89147

General Counsel
330 Warrenville Rd
Lisle, IL 60532


Extenet System (California)
Chief Financial Officer
330 Warrenville Rd Ste 340
Lisle, IL 60532


Franchise Tax Board
Bankruptcy Section MS A-340
PO Box Box 2952
Sacramento, CA 95812-2952


Hilton Worldwide
Charlie Ruehr
7930 Jones Branch Drive
Mc Lean, VA 22102


Internal Revenue Service
PO Box Box 7346
Philadelphia, PA 19101-7346


JLL
David Calverley
401 E. Jackson Street 27th Floor
Tampa, FL 33602


Mark Gomez,
dba MG for Hair
170 S Market Street Ste 102
San Jose, CA 95113


NEX SJ LLC
1600 Riviera Ave Ste 220
Walnut Creek, CA 94596

Sam Hirbod
1600 Riviera Ave Ste 220
Walnut Creek, CA 94596


San Jose Grill LLC
170 S. Market Street Ste 101
San Jose, CA 95113


Santa Clara County
Finance Department
70 West Hedding Street
San Jose, CA 95110


Santa Clara County
Finance Department
70 West Hedding Street 6th Floor
San Jose, CA 95110


Santa Clara County
110 West Tasman
San Jose, CA 95134


Signia Hotel Management LLC
Attn General Counsel
7930 Jones Branch Dr
Mc Lean, VA 22102


TCA Architects
1111 Broadway Ste 1320
Oakland, CA 94607


The Mont LLC
170 S. Market Street
San Jose, CA 95113