James E. Till (State Bar No. 200464)
TILL LAW GROUP
120 Newport Center Drive
Newport Beach, CA  92660
Telephone:  (949) 524-4999
Email:  james.till@till-lawgroup.com

[Proposed] Attorneys for SC SJ HOLDINGS LLC,
Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re: | Case No. 24-51685-SJ |
| SC SJ HOLDINGS LLC, | Chapter 11 |
|         Debtor and Debtor-in-Possession. | **NOTICE OF RELATED CASES** |

PLEASE TAKE NOTICE pursuant to Bankruptcy Local Rule 1015-1(b), the following chapter 11 cases filed on November 5, 2024, are related cases:

    NEX SJ LLC         Case No. 24-51683

    SC SJ Holdings LLC    Case No. 24-51685

Dated:  November 6, 2024            TILL LAW GROUP

                                          By:  */s/ James E. Till*
                                                  James E. Till
                                          [Proposed] Attorneys for SC SJ HOLDINGS LLC,
                                          Debtor and Debtor-in-Possession