James E. Till (State Bar No. 200464)
TILL LAW GROUP
120 Newport Center Drive
Newport Beach, CA 92660
Telephone: (949) 524-4999
Email: james.till@till-lawgroup.com

[Proposed] Attorneys for SC SJ HOLDINGS LLC,
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 24-51685-SJ |
| SC SJ HOLDINGS LLC, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **DECLARATION OF SAM HIRBOD IN SUPPORT OF DEBTOR'S APPLICATION FOR ORDER APPROVING DESIGNATION OF RESPONSIBLE INDIVIDUAL PURSUANT TO BANKRUPTCY LOCAL RULE 4002-1** |

I, Sam Hirbod, hereby declare:

1. I know of my own personal knowledge each of the facts set forth in this Declaration, and if called upon to testify as to the matters set forth herein, I could and would testify competently thereto.

2. I am the President of Eagle Canyon Capital, LLC, which indirectly owns 100% of SC SJ Holdings LLC (the "Debtor"), the debtor and debtor-in-possession in the above-indicated chapter 11 case (the "Bankruptcy Case").

3. The Debtor is a Delaware limited liability company.

4. I am competent, knowledgeable, authorized and willing to serve as Responsible Individual in this Bankruptcy Case.

5. My contact information is:

>Sam Hirbod
>1600 Riviera Avenue, Suite 220
>Walnut Creek, CA 94596
>Telephone: 925-382-0422

I declare that the foregoing is true and correct under penalty of perjury of the laws of the United States of America. Executed this 6th day of November 2024, at Coral Gables, Florida.

/s/ Sam Hirbod
Sam Hirbod